UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>v.<br><br>TAREQ SULAIMAN,<br><br>        Defendant. | Case No. 19-cv-07764-SVK<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**ORDER REFERRING CASE FOR MAGISTRATE JUDGE SETTLEMENT CONFERENCE AND TO PRO SE PROGRAM FOR LIMITED-SCOPE APPOINTMENT OF COUNSEL**<br><br>Re: Dkt. No. 53 |

        Plaintiff's motion for summary judgment (Dkt. 53) came on for hearing before the Court on November 2, 2021. In support of the motion for summary judgment, Plaintiff presented evidence, in the form of a declaration of investigator Randall Marquis, concerning two alleged barriers at the property that is the subject of this action: (1) the running slope of the accessible parking stall; and (2) incomplete tow-away signs. Dkt. 53-6 ¶¶ 5, 6. For the reasons discussed at the hearing, the Court finds that genuine issues of material fact preclude summary judgment in Plaintiff's favor on his claims relating to these alleged barriers. *See* Fed. R. Civ. P. 56(a). Specifically, there is conflicting evidence from Defendant, in the form of a report from Certified Access Consultant Kelly Bray, stating that the slope of the accessible parking stall is less than 2% and that the tow-away signage is compliant. Dkt. 23-1. Accordingly, Plaintiff's motion for summary judgment is **DENIED**.

        The case schedule remains in place, and the Court further **ORDERS** as follows:

- Any request by Plaintiff to extend discovery deadlines in this case must be

presented in a statement of no more than three pages filed by **November 9, 2021**. Defendant may file a responsive statement of no more than three pages by **November 16, 2021**. If the Court deems it necessary, it will hold a hearing on **November 23, 2021 at 10:00 a.m.**

- The Court **REFERS** the case to Magistrate Judge Nathanael Cousins for an additional settlement conference, to be completed by **December 31, 2021.**
- The Court **REFERS** the case to the Federal Pro Se Program at the San Jose courthouse for appointment of counsel for the limited purpose of assisting Defendant at the settlement conference and, if appropriate, trial. Defendant is to contact the Pro Se help desk immediately upon receipt of this order at:

> Kevin Knestrick
> Federal Pro Se Program
> United States District Court
> 280 South 1st Street
> 2nd Floor, Room 2070
> San Jose, CA 95113
> Phone: 408-297-1480
> Email:  kknestrick@asianlawalliance.org
> Hours: Monday to Thursday 9:00 am – 4:00 pm

The Pro Se Program's contact information can also be found at https://cand.uscourts.gov/pro-se-litigants/the-federal-pro-se-program-at-the-san-jose-courthouse/.

**SO ORDERED.**

Dated: November 2, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge

2