United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

        Plaintiff,

        v.

TAREQ SULAIMAN,

        Defendant.

Case No. 19-cv-07764-SVK

**ORDER ON MOTION TO MODIFY SCHEDULING ORDER**

Re: Dkt. No. 62

The Court is in receipt of Plaintiff's motion to modify scheduling order (Dkt. 62), filed as directed by this Court in Dkt. 60.  Having reviewed the motion, the case management order and the relevant local rules, the Court determines that this matter may be resolved without further briefing or oral argument. Civ. L.R. 7-1(b).

Plaintiff's motion seeks to re-open expert discovery to allow a site inspection, expert report, and presumably an expert deposition.  Dkt. 62.  The case management order set the close of expert discovery on September 15, 2021.  Dkt. 38.  "Where the Court has set separate deadlines for fact and expert discovery, no motions to compel fact discovery may be filed more than 7 days after the fact discovery cut-off, and no motions to compel expert discovery may be filed more than 7 days after the expert discovery cut-off."  Civ. L.R. 37-3.  Plaintiff acknowledges that he has been aware of Defendant's position on further site inspections since January 2021.  Dkt. 62-2, 2.  Plaintiff had nine months to move to compel further expert discovery but failed to do so.  Plaintiff's motion offers no explanation for missing the well-established deadline for motions to compel.  Accordingly, Plaintiff's motion is DENIED.  The hearing date of November 23, 2021 is VACATED.

       **SO ORDERED.**

Dated: November 15, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge